UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4747 CAS (Ex) | Date | August 1, 2011 |
|---|---|---|---|
| Title | AMERICA ARAUJO; ET AL. v. WELLS FARGO BANK, NA; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | KATIE THIBODEAUX | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | O. Andrew Wheaton | |

**Proceedings:** **DEFENDANT WELLS FARGO'S MOTION TO DISMISS AND TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT** (filed 06/10/11)

On November 15, 2010, America Araujo, as the purported "Representative for Debtor Rosario Gonzales" ("plaintiffs"), filed a complaint in the Los Angeles County Superior Court naming Cal-Western Reconveyance ("Cal-Western") as the only defendant. On May 3, 2011, plaintiffs filed a first amended complaint ("FAC") naming as defendants Wells Fargo Bank, NA ("Wells Fargo"), Cal-Western, Wachovia Mortgage FSB, F.K.A. World Savings Bank ("Wachovia"), and Does 1 through 50 inclusive. The FAC alleges seven claims for relief, styled as: (1) violation of Cal. Civ. Code § 2923.5, (2) violation of Cal. Bus. & Prof. Code § 17200, (3) breach of the covenant of good faith and fair dealing, (4) fraud, (5) violation of Cal. Civ. Code § 2923.6, (6) violation of Cal. Civ. Code § 1572, and (7) quiet title.

On June 3, 2011, Wells Fargo removed the action to this Court on the basis of diversity jurisdiction. See 28 U.S.C. § 1332.

On June 10, 2011, Wells Fargo filed the instant motion to dismiss plaintiffs' FAC and to strike portions of the FAC. Plaintiffs failed to timely file and serve an opposition. Indeed, plaintiffs have not filed any opposition to Wells Fargo's motion. On July 14, 2011, Wells Fargo filed a statement of plaintiffs' failure to oppose Wells Fargo's pending motion. On August 1, 2011, the Court held a hearing on Wells Fargo's motion to which plaintiffs did not appear.

The Court finds that no good reason has been provided for the failure to oppose Wells Fargo's motion. Pursuant to Local Rule 7-12, plaintiffs' failure to oppose the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4747 CAS (Ex) | Date | August 1, 2011 |
|---|---|---|---|
| Title | AMERICA ARAUJO; ET AL. v. WELLS FARGO BANK, NA; ET AL. | | |

motion may be deemed by the Court as consent to the granting of the motion. Therefore, the Court GRANTS Wells Fargo's motion to dismiss the FAC without prejudice. The Court DENIES Wells Fargo's motion to strike portions of the FAC as moot. Plaintiffs shall file an amended complaint within **twenty (20) days** after the filing of this order. Plaintiffs are admonished that, in the event that plaintiffs do not amend the complaint within **twenty (20) days**, the Court will dismiss this action with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 01 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |